IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY MATHEW HANSON, <br><br> Defendant. | CR 16–44–M–DLC <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on January 26, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Larry Mathew Hanson's guilty plea after Hanson appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to commit

1

wire and mail fraud in violation of 18 U.S.C. § 1349 (Count I), as set forth in the Indictment. Defendant further agrees to the forfeiture allegation set forth in the Indictment. In exchange for Defendant's plea, the United States agrees to dismiss Counts II-XII of the Indictment. The United States further agrees to dismiss the Indictment filed in CR 16-43-M-DLC.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 27), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Larry Mathew Hanson's motion to change plea (Doc. 21) is GRANTED and Larry Mathew Hanson is adjudged guilty as charged in Count I of the Indictment.

DATED this 10th day of February, 2017.

Dana L. Christensen, Chief District Judge
United States District Court