IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–44–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY MATHEW HANSON, | |
| Defendant. | |

Before the Court are two motions by Defendant Larry Mathew Hanson ("Hanson"). Hanson requests that: (1) he be allowed to file his chemical dependency evaluation under seal; and (2) he be granted to leave to file 17 letters in support of sentencing, instead of the customary 10. Because the Government does not oppose these motions, the Court will grant them.

Accordingly, IT IS ORDERED that Hanson's Motion for Leave to File Under Seal (Doc. 31) is GRANTED.

IT IS FURTHER ORDERED that Hanson's Motion for Leave to File Additional Letters (Doc. 32) is GRANTED.

Dated this 4th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court