IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY MATHEW HANSON,<br><br>Defendant. | CR 16–44–M–DLC<br><br><br>ORDER |

Pursuant to Federal Rule of Criminal Procedure 35(a), the Court orders that Defendant Larry Mathew Hanson shall pay $317, 376.12 in restitution. Fed. R. Crim. P. 35(a) ("Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."). This Order amends the Court's Judgment issued May 5, 2017, which directed that Defendant pay $317,562.12 in restitution. However, the amount ordered at sentencing represented the total loss amount, and not the amount of restitution requested by the victims. Specifically, paragraphs 32 and 39 of the Presentence Investigation Report state that Progressive Insurance Company paid $6,662.12 to Defendant after he vandalized his 2001 BMW and fraudulently sought reimbursement from the company. However, Progressive Insurance Company is only requesting

$6,476.12 in restitution. Accordingly, the Court will issue an Amended Judgment ordering that Defendant pay a total of $317,376.12 in restitution.[1]

IT IS ORDERED that Defendant shall pay a total of $317,376.12 in restitution. An Amended Judgment will be filed concurrently with this Order.

DATED this 9th day of May, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court

---

[1] The Court notes that its forfeiture order of $317,562.12 is unaffected by the issuance of the Amended Judgment. *See United States v. Newman*, 659 F.3d 1235, 1241 (9th Cir. 2011) ("In the absence of a statute authorizing a reduction in forfeiture, the district court may not reduce forfeiture because of an order of restitution to a victim or because the victim already has been made whole.").