IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAY 15 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY MATHEW HANSON,<br><br>Defendant. | CR 16-44-M-DLC<br><br>ORDER |

WHEREAS, on May 5, 2017, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, determined that the Defendant, Larry Mathew Hanson, obtained $317,562.12 in proceeds from the wire and mail fraud conspiracy alleged in the indictment, for which Hanson has been convicted, and

WHEREAS, the United States has filed a Motion for Final Order of Forfeiture, which would consist of a personal money judgment against Hanson in the amount of $152,562.12, taking into account Hanson's prior payment of $165,000, and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,"

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Hanson

shall forfeit to the United States the sum of $152,562.12, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made part of the sentence, having been entered orally during the sentencing hearing on May 5, 2017.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $152,562.12 to satisfy the money judgment in whole or in part.

Dated this 15th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court